# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FRANKIE LEE HICKS, )
      )
  Plaintiff, )
      )
v. ) Case No. CV413-009
      )
MICHAEL J. ASTRUE, )
*Commissioner of the Social Security* )
*Administration*, )
      )
  Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11th_ day of _Feb_, 2013.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA